FILED

Mar 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO, | Case No. 21-01023 NC (PR) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| VISALIA POLICE DEPARTMENT, | |
| Respondent. | |

Petitioner, a state prisoner at San Quentin State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2255. Petitioner challenges his state conviction from the Superior Court of Tulare County. Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). However, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, because petitioner challenges a conviction from Tulare County, the Eastern District of California is the district of conviction.

1  Accordingly, this case is **TRANSFERRED** to the United States District Court for the
2  Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending
3  motions and transfer the entire file to the Eastern District of California.
4  **IT IS SO ORDERED.**
5  DATED: March 1, 2021

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-01023-NC (PR)
ORDER OF TRANSFER