**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON NAVARRO LUPERCIO, | ) Case No.: 1:21-cv-00306-DAD-JLT (HC) |
| Petitioner, | )<br>) ORDER DISREGARDING APPLICATION TO<br>) PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | ) |
| VISALIA POLICE DEPARTMENT, | ) (Doc. 11) |
| Respondent. | )<br>) |
| | ) |

On March 15, 2021, Petitioner filed an application to proceed in forma pauperis.  (Doc. 11.) However, the Court issued an order that authorized Petitioner to proceed in forma pauperis on March 3, 2021.  (Doc. 8.)  Therefore, Petitioner's application to proceed in forma pauperis is moot and hereby DISREGARDED.


IT IS SO ORDERED.

Dated:  __**March 17, 2021**__          _____**/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE