# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO,<br><br>    Petitioner,<br><br>  v.<br><br>VISALIA POLICE DEPARTMENT,<br><br>    Respondent. | Case No.: 1:21-cv-00306-DAD-JLT (HC)<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 16) |

On March 25, 2021, Petitioner filed what appears to be a motion for a jury trial. (Doc. 16.) However, the Court has issued findings and recommendations to dismiss the petition for lack of jurisdiction. (Doc. 10.) Therefore, Petitioner's motion is hereby DISREGARDED.

IT IS SO ORDERED.

   Dated: __**March 26, 2021**__            __**/s/ Jennifer L. Thurston**__
                                                                 UNITED STATES MAGISTRATE JUDGE