# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO,<br><br>Petitioner,<br><br>v.<br><br>VISALIA POLICE DEPARTMENT,<br><br>Respondent. | Case No.: 1:21-cv-00306-DAD-JLT (HC)<br><br>ORDER DISREGARDING PETITIONER'S FILING<br><br>(Doc. 21) |

On April 26, 2021, the Court dismissed this case for lack of jurisdiction. (Doc. 19.) Petitioner filed untimely objections to the findings and recommendations on May 6, 2021 (Doc. 21), however, this case is closed. Therefore, Petitioner's filing is **DISREGARDED**, and no further filings will be accepted in this case.

IT IS SO ORDERED.

Dated: __**May 12, 2021**__     _____ /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE